IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MICHAEL SHANE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:08-CV-700-RBP-TMP |
| ) | |
| SCOTT HASSELL and KEITH PEEK, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 15, 2009, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that:

1. With respect to the plaintiff's Eighth Amendment claims, there are no genuine issues of material fact and the defendants are entitled to judgment as a matter of law; therefore, the Eighth Amendment claim is due to be dismissed with prejudice; and

2. To the extent that the plaintiff's claims can be construed as a request for relief from custody, the claim in that regard is due to be dismissed without prejudice. A Final Judgment will be entered.

This the 14th day of July, 2009.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**